**Order entered September 16, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00508-CV**

**IN THE INTEREST OF T.A. AND E.A., CHILDREN**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-14659**

**ORDER**

Before the Court is the September 15, 2020 fourth request of Deputy Official Reporter LaToya Young for an extension of time to file the reporter's record. Ms. LaToya requests a six-day extension. We **GRANT** the request and extend the time to **September 21, 2020**. We caution Ms. Young that further extension requests will be strongly disfavored.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE